IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MILTON R. WATKINS,
    Plaintiff,

vs.                                              Case No. 3:08cv255/RV/EMT

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,
    Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 7, 2009 (Doc. 21). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Commissioner is ordered to **REMAND** this case to the Administrative Law Judge for further proceedings consistent with the Report and Recommendation (Doc. 21), and the Clerk is directed to close the file.

**DONE AND ORDERED** this 8th day of September, 2009.

                                             /s/ *Roger Vinson*
                                             **ROGER VINSON**
                                             **SENIOR UNITED STATES DISTRICT JUDGE**