# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

MILTON R. WATKINS, JR.

    vs                      Case No. 3:08cv255/RV/EMT

MICHAEL J. ASTRUE

## ORDER

Plaintiff's **APPLICATION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, electronically filed November 19, 2009 (Doc. 25)**, was referred to the undersigned with the following deficiency:

> Counsel for the moving party, or a party who proceeds pro se, must confer with counsel for the opposing party and shall file with the court, at the time of filing a motion, a statement certifying that counsel or the pro se party has conferred with counsel for the opposing party in a good-faith effort to resolve by agreement the issues raised or has attempted to so confer but, for good cause stated, was unsuccessful, as required by Rule 7.1(B) of the Local Rules of the Northern District of Florida.

For this reason, it is **ORDERED** that:

> The application is **DENIED**, without prejudice to refiling an amended application which corrects the above deficiency.

**DONE AND ORDERED** this 20th day of November 2009.

                                           /s/ *Elizabeth M. Timothy*
                                           **ELIZABETH M. TIMOTHY**
                                           **UNITED STATES MAGISTRATE JUDGE**